In the Matter of the Application of WALTER A. MITCHELL, Petitioner, against EDWARD P. MULROONEY, Police Commissioner of the City of New York, Respondent.— Order of certiorari dismissed, and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BLEAKLEY TRANSPORTATION Co., INC., Appellant, v. TOMKINS COVE STONE Co., INC., Respondent. (Action No. 1.)*— Judgment affirmed, with costs, and order affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents from affirmance of the judgment and votes for reversal and a new trial.

BLEAKLEY TRANSPORTATION Co., INC., Appellant, v. TOMKINS COVE STONE Co., INC., Respondent. (Action No. 2.)*— Judgment affirmed, with costs, and order affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents from affirmance of the judgment and votes for reversal and a new trial.

MORRIS ROGERS, Appellant, v. HELEN M. FEINBERG, Individually and as Administratrix, etc., of SAMUEL FEINBERG, Deceased, Defendant, Impleaded with THE FIEGEL CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LINA EBERLE and KARL EBERLE, Respondents, v. LENORE N. CARLISLE and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THOMAS O. THACHER, Respondent, v. JOHN NICKERSON & COMPANY, INCORPORATED, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

GERSON SCHACHTER and MAMIE SCHACHTER, Respondents, v. CAMP MOHAPH, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

INSURERS MANAGEMENT CORPORATION, Respondent, v. HOWARD H. HULSE, as Executor, etc., of HENRY G. INGERSOLL, Deceased, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HARRIS FLOORING COMPANY, Appellant, Respondent, v. PRITCH FLOORING CORPORATION, Respondent, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE D. H. HAYDEN COMPANY, Appellant, v. MITCHELL-TAPPEN COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JOHNSON PLAZA CORPORATION, a Domestic Corporation, Appellant, v. THE HARRIMAN NATIONAL BANK AND TRUST COMPANY OF THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents and votes for reversal and a new trial.

* Affd., 260 N. Y. 689.